No. 00–423. POGUE ET UX. *v.* OGLETHORPE POWER CORP. C. A. 11th Cir. Certiorari denied.

No. 00–432. KASAKS ET AL. *v.* NOVAK ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–442. RIVERWOOD INTERNATIONAL CORP. *v.* MEAD CORP. C. A. Fed. Cir. Certiorari denied.

No. 00–446. RICE *v.* SUNRISE EXPRESS, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–451. BAYLOR UNIVERSITY *v.* JOHNSON. C. A. 5th Cir. Certiorari denied.

No. 00–453. MILLER *v.* TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 00–456. LOUISIANA DEPARTMENT OF NATURAL RESOURCES *v.* AVENAL ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 00–457. ALLMERICA FINANCIAL LIFE INSURANCE & ANNUITY CO. *v.* MILLER. Sup. Ct. Ala. Certiorari denied.

No. 00–461. GREER *v.* AMESQUA ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–467. BOGUE, AKA WOOD *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 00–472. MICHAELIS *v.* ROLLINS. C. A. 5th Cir. Certiorari denied.

No. 00–474. STOVE *v.* PHILADELPHIA SCHOOL DISTRICT. C. A. 3d Cir. Certiorari denied.

No. 00–475. DORGAN *v.* SPRINT/UNITED MANAGEMENT CO. C. A. 8th Cir. Certiorari denied.

No. 00–476. KELLY *v.* METHODIST HOSPITAL OF SOUTHERN CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.